THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF HACK-
ENSACK, NEW JERSEY, PROSECUTOR, v. STATE
BOARD OF TAX APPEALS, DEFENDANT.

Submitted May 5, 1936—Decided August 12, 1936.

For the prosecutor, *Smith & Slingerland* and *McCarter
& English*.

For the defendant, *Donald Waesche*.

PER CURIAM.

In the essential facts and the principles of law to be
applied, this case cannot be distinguished from that of *The
Young Men's Christian Association of Ridgewood* v. *State
Board of Tax Appeals*, 117 *N. J. L.* 196. For the reasons
expressed in the opinion in that case, the judgment brought
up by the writ of *certiorari* here is reversed, and the assess-
ment is set aside.